NUMBER 13-07-00629-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

THE STATE OF TEXAS, Appellant,


v.



TEXAS ASSOCIATION OF BUSINESS, Appellee.

____________________________________________________________


On appeal from the 167th District Court


of Travis County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Benavides


Memorandum Opinion Per Curiam



 Appellant, State of Texas, has filed a motion to dismiss the appeal because it no
longer desires to prosecute it. See Tex. R. App. P. 42.2(a). Without passing on the merits
of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure
42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no
motion for rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 


Memorandum Opinion delivered and 

filed this 4th day of December, 2008.